No. 499. COLEMAN COMPANY, INC. *v.* GRAY ET AL. C. A. 10th Cir. Certiorari denied. *Howard T. Fleeson* and *Wayne Coulson* for petitioner. *Emmet A. Blaes* for respondents.

No. 502. ANHEUSER-BUSCH, INC. *v.* DU BOIS BREWING CO. C. A. 3d Cir. Certiorari denied. *Wallace H. Martin, Minturn de S. Verdi* and *Walter J. Halliday* for petitioner. *Elder W. Marshall* and *John C. Bane, Jr.* for respondent.

No. 507. SYLVANUS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Roger Sherman, Henry F. Tenney* and *S. Ashley Guthrie* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 511. CARROLL *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *E. Guy Hammond* for petitioner.

No. 512. GENTILA *v.* PACE, SECRETARY OF THE ARMY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cornelius H. Doherty* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for respondent.

No. 514. LEISHMAN *v.* GENERAL MOTORS CORP. C. A. 9th Cir. Certiorari denied. *John Flam* for petitioner. *Leonard S. Lyon* for respondent.

No. 515. WYCHE ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Myron G. Ehrlich* for petitioners. *Solicitor General Perlman, Assistant Attorney*